Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RELONNA DOLLINN WARD,<br><br>Defendant. | No. CR15-53RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant Relonna Ward's Motion for Early Termination of Supervised Release. Having considered the motion, the Government's opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant Relonna Ward's Motion for Early Termination of Supervised Release (Dkt. #403) is DENIED.

DATED this 26th day of May, 2019.

HON. RICHARD A. JONES
United States District Judge